UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
G. ALEXANDER BOXILL,

        Plaintiff,

-against-

DR. LINDA LOW, personally and in her capacity
as an agent of Brooklyn College, City University
of New York,

        Defendant.
-----------------------------------------------------------X

JUDGMENT
95-CV- 2125 (ENV)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 6 2006
TIME A.M. P.M.

A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on September 5, 2006, granting summary judgment in favor of defendant Dr. Linda Low; and dismissing the action; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that summary judgment is granted in favor of defendant Dr. Linda Low; and that the action is dismissed.

Dated: Brooklyn, New York
       September 06, 2006

                                                   /s/
                                    ROBERT C. HEINEMANN
                                    Clerk of Court